# PD-1224-15

CASE NUMBER #07-14-00353-CR

IN THE COURT OF APPEALS

For The

SEVENTH JUDICIAL DISTRICT OF TEXAS

AT  AMARILLO,TEXAS

**FILED IN**
**COURT OF CRIMINAL APPEALS**

**SEP 18 2015**

Abel Acosta, Clerk

MICHAEL RAY KENNEDY.
(APPELLANT)
VS.
THESTATE OF TEXAS

**FILED**
**SEP 11 2015**
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

**SEP 18 2015**

Abel Acosta, Clerk

### MOTION FOR EXTENSION OF TIME TO PREPAIR, PETITION FOR DISCRETIONARY REVIEW.

TO THE HONORABLE COURT OF APPEALS.

NOW COMES Michael Ray Kennedy,Appearing Pro-se,in the above and entitled and numbered appeal,and moves the court to extend the filing date for (90)days for... PETITION FOR DISCRETIONARY REVIEW,and In support there of would show the court the following;

I

Pursuant to Texas Rules of Appellate Procedure TRAP 10.5,(3);are listed below,

(A) Court of Appeals Seventh Judicial district of TexasAmarillo Texas.

(B) Date of Court of Appeals JUDGEMENT WAS JULY 16-2015..

(C) Case No# 67,789 Court of Appeals No# 07-14-00353-CR.

(D) Motion for Rehearing date is August 4-2015,The ruleing on motion was August 26-15 "OVERRULED". Appellant did not receive the order until August 31-2015 from mail, Room.[This is Appellants First Request for extension of time to file(PDR).

II

Appellant now Request (90) day extension of time to file (PDR) until NOVEMBER, 30-2015.And as reason therefore would show the court the following:

1) TEXAS DEPARTMENT OF CORRECTIONS CRIMINAL JUSTICE Does not allow copies or access to a copy a copy machine.(Appellant will have to prepair the (PDR) pro-Se then mail to his mother to make copys of the (PDR) and copys of the exhibits,This will take time to do...without copys portion of reporter records and exhibits would be hung up in your Honorable court Appellant is now indigent and it would be difficult to pay, your Honorable Court for copys at this time in the event Appellant has to file further proceedings.

2) Appellant is no Lawyer and (PDR) are Govenered by the rules of Appellate procedure even skilled attorneys who file (PDR) Apx out of Fifty nine petitions for Discret-ionary review nine of those almost 17% fell into [DEGRATE v.State 712 S.W.2d755; category.
Appellant needs extra time to know the record and update research.So Appellant, can comply with TEX.R.APP.P. 68.5 Petition for Discretionary review are not a copy and paste of the brief that was filed to the court of appealls.
APPELLANT HAS TO SHOW IN ARGUMENT EXPLAING WHY THE COURT OF APPEALLS RULED WRONG.

3) Appellant has to submitt a I-60 for request to the unit law library to have access to the

1

to legal books the request take a full 24 hours to get to the legal room each lay in, and only allowed two hours each session, the books are old and it takes time to sheperdize the law. Appellant will have to show the law library personal a copy of this order for extension of time to get extra sessions if the extension is granted. Appellant needs to read all the TEX.R.APP.PROCEDURE, to be able to understand the functions of (PDR). Appellant has no acces to a computer for help. Without extra time to file will hinder his right to reach the Courts without a rushing situation like the motion for rehearing was done and it was a little choppy.

4) PRO_SE Applicant shouldent be held to the standards of Lawyers pleadings SEE SANDERS, VS. United states 373 U.S. 1,22(1963).

### III

Without this extension being granted appellant would be rushed to prepair the(PDR). and would be unable to devote the attention necessary to read cases to support the (PDR).

Under TEXAS RULE OF APPELLANT PROCEDURE RULE 10.5(b) really doesent state "If (90), days is to long to ask for...The Extension of Time requested is timle filed...

### V.

This extension is not requested for dilatory reasons and it is in the best interest of Justice that this extension be Granted. THANK YOU...

WHERE,FORE PREMISES CONSIDERED; APPELLANT RESPECIFULLY PRAYS that this HONORABLE COURT extend the time to file Petition for Discretionary review in this case until the 30 day of November 2015..

RESPECIFULLY SUBMITTED

*Michael. Ray Kennedy.* PRO SE.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 6th day of Sepetmber 2015 A true copy of the foregoing extentsion Motion was mailed to Court of Appeals AT Seventh District of Texas P.O.BOX 9540 Amarillo Texas 79105-9540.

*Michael Ray Kennedy.*

### ORDER

APON REVIEW IT IS ORDERED THAT THE EXTENXION OF TIME IS PASSED TO NOVEMBER 30-2015.

the order is sent to inmate at the unit on this date_____2015

HONORABLE JUDGE OF APPEAL COURT

_____.